**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, | Case No.: 5:10-CV-05715 EJD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HUONG XUAN THI NGUYEN, | |
| Defendant. | |

The court having previously granted Plaintiff's request for entry of default judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff against Defendant Huong Xuan Thi Nguyen, individually and doing business as Bun Rieu 1, also known as Quan Huong, in the amount of $2,200.  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  September 30, 2011

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-CV-05715 EJD
ORDER GRANTING DEFAULT JUDGMENT